**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 12-8119**

─────────────

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

        v.

JERRICK LAMONT RORIE, a/k/a Duwop,

                    Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Terry L. Wooten, Chief District
Judge.  (4:08-cr-00367-TLW-3)

─────────────

Submitted:  March 26, 2013         Decided:  March 28, 2013

─────────────

Before DUNCAN, FLOYD, and THACKER, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Jerrick Lamont Rorie, Appellant Pro Se. Arthur Bradley Parham,
Assistant United States Attorney, Florence, South Carolina;
Stanley D. Ragsdale, Assistant United States Attorney, Columbia,
South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerrick Lamont Rorie seeks to appeal the district court's order denying his motion to vacate, set aside, or correct sentence filed pursuant to 28 U.S.C. § 2255 (2006). We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on November 23, 2010. The notice of appeal was filed on November 30, 2012. Because Rorie failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2